✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 8 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Freida Battise-Moore,<br><br>        Defendant. | CR-16-00130-PHX-SPL |

<u>Freida Battise-Moore</u>, the above-named defendant, who is accused of Embezzlement/Theft from Indian Tribal Organization, in violation of Title 18, United States Code, Section 1163, being advised of the nature of the charge and of her rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_Freida Battise-Moore_
Defendant

_[signature] #021417_
Counsel for Defendant

Date _1-28-16_