JOHN S. LEONARDO
United States Attorney
District of Arizona

DOMINIC LANZA (Cal. State Bar No. 225989, dominic.lanza@usdoj.gov)
Assistant U.S. Attorney
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | NO. CR-16-00130-PHX-SPL |
| v. | **INFORMATION** |
| Freida Battise-Moore, | VIO: 18 U.S.C. § 1163 |
| Defendant. | (Embezzlement/Theft from Indian Tribal Organization) |

THE UNITED STATES ATTORNEY CHARGES:

Beginning in or around 2006, and continuing through in or around 2013, in the District of Arizona, defendant FREIDA BATTISE-MOORE embezzled, stole, and knowingly converted to her use any of the moneys, funds, credits, goods, assets, and other property belonging to any Indian tribal organization and intrusted to the custody and care of any officer, employee, and agent of an Indian tribal organization.

All in violation of 18 U.S.C. § 1163.

Dated this _Nov 24, 2015_.

JOHN S. LEONARDO
United States Attorney
District of Arizona

DOMINIC LANZA
Assistant U.S. Attorney